# TROY LAW, PLLC
## ATTORNEYS/COUNSELORS AT LAW
Tel: 718.762.1324   johntroy@troypllc.com
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355



SO ORDERED: 12/20/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

December 15, 2016

*Via ECF*
The Honorable Alison J. Nathan
Southern District of New York
United States District Court
40 Foley Square, Room 906
New York, NY 10007

> Any response to this letter from the Defendants in this case will be due on or before January 3, 2017.
> SO ORDERED.

RE: **Response to Kucher Plaintiffs Letter [D.E. 90, 186]**
*De Los Santos et al. v. Hat Trick Pizza, Inc. et al*, **16-cv-06274 (AJN)**
*Kucher, et al. v. Domino's Pizza, Inc., et al.*, **16-cv-2492 (AJN)**

Dear Judge Nathan,

We represent the Plaintiffs in the matter of *De Los Santos et al. v. Hat Trick Pizza, Inc. et al.*, and write in response to the Kucher Plaintiffs letter requesting dismissal of our class and collective claims. We believe that the Kucher Plaintiff's request is premature, as their Motion for Collective Conditional Certification has not yet been granted. We respectfully request a temporary stay on this matter pending a ruling on the Motion for Conditional Certification.

It is our belief that we are best suited to handle a collective action for the Times Square location, as we currently have three Plaintiffs from that specific location, and thus already have information pertaining to the operation of that restaurant. However, if Your Honor approves the Kucher Plaintiffs Motion for Conditional Certification in whole- including the Times Square location, Plaintiffs will pursue their case as individuals only, with no collective action or class action.

We thank this honorable Court for its time and consideration in this matter.

Respectfully submitted,

TROY LAW, PLLC

Dated: Flushing, NY
December 15, 2016

By: /s John Troy
John Troy

*Attorney for Plaintiff*