UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Riad Kucher, et al.,

            Plaintiffs,

–v–

Domino's Pizza, Inc., et al.,

            Defendants.

16-cv-2492 (AJN), 16-cv-6274 (rel.)

ORDER

ALISON J. NATHAN, District Judge:

    On January 18, 2017, the Plaintiffs in the above action wrote a joint letter to the Court with the Franchisor Defendants noting that, in light of pending motions in the related case, *De Los Santos v. Hat Trick Pizza, Inc., et al*, 16-cv-6274, that might result in consolidation of the two actions, the parties requested an extension of time in which to complete discovery on the *Kucher* Plaintiffs' claim against the Franchisor defendants for joint employer liability, and an extension of the deadline to file summary judgment briefing on that issue. *See* Dkt. No. 190. The Court hereby adjourns the deadline for completion of phase one discovery and submission of summary judgment briefing *sine die*, pending the Court's determination of the pending motions to consolidate the two cases.

    SO ORDERED.

Dated: January 27, 2017
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge