UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

Riad Kucher, et al.,

    Plaintiffs,

–v–

Domino's Pizza, Inc., et al.,

    Defendants.

───────────────────────────────

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Mar 16, 2017

16-cv-2492 (AJN), 16-cv-6274 (rel.)

ORDER

ALISON J. NATHAN, District Judge:

    On April 26, 2016, the Connecticut Defendants filed their first motion to dismiss for lack of personal jurisdiction. Dkt. No. 104. Thereafter, the Plaintiffs amended their Complaint, the Defendants filed a new motion to dismiss, and the Court resolved that motion at Dkt. No. 193. The motion at docket number 104 is denied as moot.

    On June 16, 2016, the Franchisor Defendants moved to bifurcate discovery. Dkt. No. 138. The Court subsequently granted that motion. *See* Dkt. No. 162 (scheduling order). Docket Number 138 is thus resolved.

    On July 6, 2016, the Connecticut Defendants requested oral argument in connection with their motion to dismiss for lack of personal jurisdiction. Dkt. No. 148. The Court has since resolved that motion. *See* Dkt. No. 193. The motion at Docket Number 148 is thus denied as moot.

    This resolves Docket Numbers 104, 138, and 148.

    SO ORDERED.

1

Dated: March 16, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge