

One Grand Central Place | 60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

ALYSSA M. SMILOWITZ
212-453-5943
asmilowitz@fordharrison.com

May 16, 2017

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Kucher v. Domino's Pizza, Inc. et al</u>
            Case No.: 16-cv-02492 (AJN)

Dear Judge Nathan:

    Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern and Southern Districts of New York, the undersigned attorney, currently listed as one of the attorneys of record for Defendants Cookston Enterprises, Inc, Mumbuh Style Pizza, Inc, Hat Trick Pizza, Inc, Sestwon Pizza, LLC, 117 Mineola Ave., LLC, 1872a Bellmore Ave., LLC, 1017 Jericho Tpke, LLC, 3489 Riverhead Pizza, LLC, 3469 Mastic Pizza, LLC, 3683 Washington Heights Pizza, LLC, 3456 Hamilton Heights Pizza, LLC, 3342 New Windsor Pizza, LLC, 3361 Monroe Pizza, LLC, 3352 Mount Kisco Pizza, LLC, 3441 Ossining Pizza, LLC, 3488 Cortland Manor Pizza, LLC, 3616 West Village Pizza, LLC, 3694 Lower East Side Pizza, LLC, 3551 Yonkers Pizza, LLC, Team Stamford, LLC, Rolling in the Dough, LLC, AAR, LLC, Lucky 13, Inc., AC Pizza, Inc., and Robert Cookston (collectively, "Cookston Defendants") requests to withdraw as counsel in the above-captioned matter. The reason for this request is that I have resigned from my associate position with FordHarrison LLP, with a last day of employ of May 17, 2017. FordHarrison LLP will continue to represent the Cookston Defendants.

                              Respectfully submitted,

                              FORDHARRISON LLP
                              <u>/s/ Alyssa Smilowitz</u>

                              ALYSSA SMILOWITZ

cc:    All counsel of record, *via ECF*
        Cookston Defendants, *via e-mail*

WSACTIVELLP:9161655.1