# Exhibit 20

# Notice and Acknowledgement of Pay Rate and Payday/Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro
## Under Section 195.1 of the New York State Labor Law/Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York
### Notice for Hourly Rate Employees/Aviso para empleados con tasa de pago por hora



**1. Employer Information/Información del Empleador**

Name/Nombre:
3694 Lower East Side Pizza LLC

Doing Business As (DBA) name(s)/ Nombre(s) comercial(es):
Domino's Pizza

FEIN (optional)/ Número de Identificación Federal (opcional):
46-5594161

Physical Address/Dirección Física:
205 Allen Street
New York, NY 10022

Mailing Address/Dirección postal u oficial:
205 Allen Street
New York, NY 10022

Phone/Teléfono: (212) 677-7776

**2. Notice given/Aviso emitido:**
- ☑ At hiring/ En la contratación
- ☑ On or before February 1/En o antes del 1 de Febrero
- ☑ Before a change in pay rate(s), allowances claimed or payday. Antes de un cambio en tasa de pago, créditos tomados, o día de cobro
- ☑ New Address / Nueva Dirección

LS 54S (03/11)

**Employee's Current Pay Rate /**
Tasa de Pago Actual del Empleado: $10.50 per hour/ por hora

3. Employee's Pay Rate/ Tasa de pago del empleado:
$10.50 per hour/por hora

☑ You will be receiving a NYS minimum wage or higher / Usted estará recibiendo una tasa de pago equivalente a mas alta al salario mínimo del estado de NY.
☐ This will be receiving a NYS tipped minimum wage / Usted recibirá una tasa de pago con propinas del estado de NY.

Your position as a tipped employee has been determined by the NYS Wage and Hour Law to be a non food service worker. / Su posición como un empleado que recibe propinas ha sido determinada por la Ley de Horas y Salario para ser un empleado de no servicio de alimentos.

4. Allowances taken/ Créditos retenidos:
- ☐ None/ Ninguno
- ☐ Tips/ Propinas ____ per hour/ por hora
- ☐ Meals/Comidas ____ per meal/ por comida
- ☐ Lodging/ Alojamiento ____
- ☐ Other/ otro ____

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rate of $10.50 per hour for the first 40 hours and $____ per hour for hours over 40, you will be paid additional wages that week to make up the difference. / Si usted no recibe suficientes propinas en el transcurso de la semana para subir su tasa de pago al mínimo por hora de $10.50 por las primeras 40 horas y $____ por hora por horas después de 40, usted recibirá pagos adicionales por la diferencia.

5. Regular payday/ Día de Cobro Regular:
Friday

6. Pay is/ El pago es:
- ☑ Weekly/ Semanal
- ☐ Bi-weekly/ Quincenal
- ☐ Other/Otro

7. Overtime Pay Rate/ Tasa de Pago de Horas Extras (la mayoría de los trabajadores tienen derecho a pago por horas extras después de 40 horas por semana):
$15.75 per hour/ por hora. This must be at least 1.5 times the workers regular rate with few exceptions / Esto debe ser al menos 1.5 veces la tasa de pago regular del trabajador con pocas excepciones.

Name / Nombre: Amanul Baby
Street Address / Dirección: ____
Apartment / Apartamento: 1F city: ____
State / Estado: NY Zip Code / Código Postal: ____
Phone Number / Número de Teléfono: (646) 483-8744
Team Member ID#/ Número de Identificación del Miembro del Equipo: 1897

**8. Employee Acknowledgement/Acuse de Recibo del Empleado:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es **español**.

Amanul T Boby
Print Employee Name/Escriba el nombre del empleado en letra de imprenta

AManu
Employee Signature/Firma del Empleado

12/28/15
Date/Fecha

Mohammed Mohsin G.m
Preparer Name and Title/Nombre y Título del Preparador de este Documento.

The employee must receive a signed copy of this form. The employer must keep the original for 6 years. / El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.



EXHIBIT AB / 7-27-17 / PENGAD 800-631-6989