UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Riad Kucher, et al.,

                Plaintiffs,

—v—

Domino's Pizza, Inc., et al.,

                Defendants.

16-cv-2492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court grants Plaintiffs' request to publicly file in redacted form certain documents submitted in opposition to Defendants' motion for summary judgment and to file under seal the unredacted versions of those documents. *See* Dkt. No. 466. Plaintiffs are ordered to provide to the Court a hard copy of the unredacted versions of those documents on or before December 29, 2017, so that the Court may file them under seal. In addition, the Court orders Defendants to explain to the Court why the documents at issue need to be redacted. *See Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 121 (2d Cir. 2006) ("[D]ocuments submitted to a court for its consideration in a summary judgment motion are—as a matter of law—judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment.") Defendants shall submit this explanation within 30 days of the date of this Order. Failure to do so may result in the unsealing of the documents in question.

      SO ORDERED.

Dated: December ___, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge