UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/21

Riad Kucher, et al.,

        Plaintiffs,

–v–

Domino's Pizza, Inc., et al.,

        Defendants.

Matthew Gannon, et al.,

        Plaintiffs,

–v–

Domino's Pizza, Inc., et al.,

        Defendants.

16-cv-2492 (AJN)
18-cv-846 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The parties in these related cases jointly filed materials seeking final approval of the Settlement. Case No. 16-cv-2492, Dkt. Nos. 517, 519; Case No. 18-cv-846, Dkt. Nos. 82, 84. For the reasons stated in the parties' letter, the Court hereby GRANTS final approval of the Settlement. For the reasons stated in the parties' letter, the Court further GRANTS approval of the Enhancement Awards of $15,000 to Named Plaintiff Omar Faruk, $7,500 to Named Plaintiff Basma Attieh, $5,000 to Collective Member Sakhayat Hossain, and $1,500 each for Named Plaintiffs Matthew Gannon, Avery Lopez, MD Mannan, Nazim Uddin, Luis Jimenez, Scott Guffey, Sterson Baptiste, and Victor Latacela. For the reasons stated in the letter, the Court

1

concludes that the request for attorney's fees and costs is reasonable and further GRANTS approval of Wigdor LLP's request of attorneys' fees of $333,333.33 and litigation costs of $54,678.63.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 10, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge